**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Baltimore Division*

| | |
|---|---|
| IN RE<br>Bonita Marinelli<br>      Debtor | Case No. 20-13496-NVA |

Lakeview Loan Servicing, LLC
      Movant,

vs.                                                          Chapter 13

Bonita Marinelli
      Debtor

and

Maxie J. Marinelli
      Co-Debtor

---

<u>**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 3268 ROLLING ROAD, EDGEWATER, MARYLAND 21037**</u>

COMES NOW, Lakeview Loan Servicing, LLC. (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) and 11 U.S.C. § 1301 pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about March 16, 2020, Bonita Marinelli (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3.  Robert S. Thomas, II is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

4.  Maxie J. Marinelli is the Co-Debtor.

5.  At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Anne Arundel County, Maryland, and improved by a residence known as 3268 Rolling Road, Edgewater, Maryland 21037 (hereinafter the "Property").

6.  Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated November 24, 2015 and executed by Maxie J. Marinelli Jr. and Bonita L. Marinelli, in the original principal amount of $435,000.00, with interest at the original note rate of 3.750%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

7.  Said promissory note is secured by a certain Deed of Trust also dated November 24, 2015 and recorded in the land records of Anne Arundel County, Maryland, related to the subject Property.  As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

8.  Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.  Maryland Local Bankr. Rule 4001-1(b)(5).

9.  A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows:  (a) April 1, 2020 though June 1, 2020 payments of $2,391.31 each for a subtotal of $7,173.93; (b) Movant has incurred attorney fees of $1,050.00 and filing cost of $181.00 associated with the present motion.

10.  A statement of Debtor's accrued pre-petition payment arrearage, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows.  The total pre-petition arrearage is $34,579.56.  A more detailed statement of pre-petition debt is contained in <u>Claim No. 6</u> dated May 14, 2020.

11.  A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---|
| Unpaid Principal Balance | $407,870.88 |
| Accrued Interest | $19,160.90 |
| Overdraft Fees | $3,986.95 |
| Corporate Advance Balance | $5,854.97 |
| Total: | $436,873.70 |

This statement of debt is not equivalent to a verified payoff statement.  If you wish to receive a verified payoff statement you must request one directly from the lender.

12.  The Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value.  The Maryland State Department of Assessments and Taxation's real property report dated January 1, 2018 values the Property at $381,500.00.  Maryland Bankr. Rule 4001-1(b)(6).

13.  Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. §§ 362(a) and 1301(a).

14.  Cause exists for terminating the automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.  Maryland Local Bankr. Rule 4001-1(b)(7).

15.  In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-

bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu

agreement or a loan modification agreement, with the Debtor.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this
Court:

1.       Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) and
11 U.S.C § 1301(a) of the United States Bankruptcy Code to enable Movant to avail itself of its
rights and remedies under the promissory note, deed of trust, and state law, including but not
limited to the initiation of foreclosure proceedings against the property located at 3268 Rolling
Road, Edgewater, MD 21037 and to allow successful purchaser to obtain possession of same;
and,

2.       Grant such other and further relief as may be just and necessary.

Respectfully submitted,

   /s/ Gene Jung, Esq.
Gene Jung, Esq., MD Fed. Bar No. 14950
Brock & Scott, PLLC
7564 Standish Place, Suite 115
Rockville, Maryland  20855
(410) 306-7821
(240) 614-7825  facsimile
gene.jung@brockandscott.com

*Counsel for Movant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>June 18, 2020</u>, the following persons were served a copy of the Motion for Relief from Automatic Stay in the manner described below:

<u>*Via* CM/ECF Electronic Notice</u>:

| | |
|---|---|
| Robert W. Thompson, Esq. | Robert S. Thomas, II |
| 134 Holiday Court, Suite 301 | 300 E Joppa Road, Suite 409 |
| Annapolis, MD 21401 | Towson, MD 21286 |
| *Counsel for Debtor* | *Chapter 13 Trustee* |

<u>*Via* First Class Mail, Postage Prepaid</u>:

| | |
|---|---|
| Bonita Marinelli | Maxie J. Marinelli |
| 3268 Rolling Road | 3268 Rolling Road |
| Edgewater, MD 21037 | Edgewater, MD 21037 |
| *Debtor* | *Co-Debtor* |

*/s/ Gene Jung*
Gene Jung